JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF LOCAL UNION 1710 IBEW PENSION TRUST FUND

          Plaintiff,

    v.

SHAWN GONZALEZ, an individual,

          Defendant.

CASE NO.: 2:25-cv-11921-MEMF (MARx)

**ORDER RE: DISMISSAL**

Judge: Maame Ewusi-Mensah Frimpong
Complaint Filed: December 17, 2025
Trial Date: None

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY ORDERED that:

(1)    Pursuant to the "Stipulation for Dismissal Without Prejudice, Subject to the Court Retaining Jurisdiction of the Action to Enforce Settlement Agreement" entered into by and between the Plaintiffs and Defendants, the above-entitled case shall be dismissed, without prejudice; and

(2)    This Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the parties' Settlement Agreement, including, but not

//

- 1 -

[Proposed Order for Dismissal]                                    Case No.: 2:24-cv-11921-MMF (MARx)

limited to, entering judgment, amending judgments, issuing writs of execution, and issuing other orders.

DATED: April 22, 2026_____

_____

HONORABLE MAAME EWUSI-MENSAH FRIMPONG

United States District Court Judge

[Proposed Order for Dismissal]                    Case No.: 2:24-cv-11921-MMF (MARx)